# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

MARY MANIVONG,

        Plaintiff,                        Civil Action No. 4:13-cv-00677-REL

v.

GC SERVICES LIMITED PARTNERSHIP,

        Defendant.

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff by and through her attorney J. Mark Meinhardt and for her Notice of Settlement, hereby states as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will file a Notice of Dismissal with Prejudice with each party to pay his or its own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds. The parties expect this to happen within the next thirty (30) days.

                                              Respectfully submitted,

Dated: September 5, 2013        By: s/ J. Mark Meinhardt
                                              J. Mark Meinhardt, #53501
                                              9400 Reeds Road, Suite 210
                                              Overland Park, KS 66207
                                              (913) 827-1950
                                              Mark@meinhardtlaw.com
                                              **ATTORNEY FOR PLAINTIFF**