IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **MARY MANIVONG,** | Civil File No. 4:13-cv-00677-REL |
| **Plaintiff,** | |
| vs. | **NOTICE OF DISMISSAL** |
| | **WITH PREJUDICE** |
| **GC SERVICES LIMITED PARTNERSHIP,** | |
| **Defendant.** | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Dated: October 28, 2013

By: /s/J. Mark Meinhardt
J. Mark Meinhardt, #53501
9400 Reeds Road, Suite 210
Overland Park, Kansas 66207
Telephone: (913) 827-1950
Email: meinhardtlaw@gmail.com
**ATTORNEY FOR PLAINTIFF**