IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARY MANIVONG, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 13-0677-CV-W-ODS |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| Defendant. | ) |

ORDER OF DISMISSAL

At Plaintiff's request (Doc. # 15), this case is DISMISSED WITH PREJUDICE. Each party is to bear his, her or its own costs.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: October 28, 2013
UNITED STATES DISTRICT COURT